IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-2332-MSK-PAC

BRIAN C. MACKES,

      Plaintiff,

v.

JOHN MOLATCH,

      Defendant.

---

## RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

---

On June 22, 2005 Plaintiff was ordered either to make the required monthly payment from April 2005 or to show cause why he has no assets and no means by which to make the monthly payment.  Plaintiff was warned that a failure to comply with that order would result in the dismissal of the complaint and the action.  Plaintiff has failed either to make a monthly payment or to show cause why he has no assets and no means by which to make the monthly payment.  Therefore, Plaintiff has failed to comply with the Court's June 22, 2005 Order.  Accordingly, it is

RECOMMENDED that the complaint and the action be dismissed with prejudice for failure to comply with the Court's June 22, 2005 Order.

Pursuant to Rule 72(b) of the Federal Rules of Civil Procedure, the parties shall have ten (10) days after being served with a copy of this recommendation to file with the assigned District Judge any specific written objections to the findings of fact, conclusions of law, or recommendations of the Magistrate Judge as set forth in this

document.  The District Judge need not consider frivolous, conclusive, or general objections.  A party's failure to file specific written objections to the findings of fact, conclusions of law, or recommendations as set forth in this document **will bar** the party from ***de novo*** determination by the District Judge.  ***See United States v. Raddatz***, 447 U.S. 667, 676-83 (1980).  Additionally, the failure to file specific written objections to the findings of fact, conclusions of law, or recommendations of the Magistrate Judge in this document **will bar** appellate review of the findings of fact, conclusions of law, or recommendations of the Magistrate Judge in this document.  ***See Thomas v. Arn***, 474 U.S. 140 (1985); ***Talley v. Hesse***, 91 F.3d 1411 (10th Cir. 1996).

DATED at Denver, Colorado, this 22nd day of August, 2005.

BY THE COURT:

s/ Patricia A. Coan

_____

PATRICIA A. COAN
UNITED STATES MAGISTRATE JUDGE

2